JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: Antonio Guerrero and Francisca Gonzalez Guerrero, | CV 10-07031-JVS |
| Antonio Guerrero and Francisca Gonzalez Guerrero v. United States Trustee, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>March 22, 2011</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on April 10, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: May 4, 2011

_____
James V. Selna
United States District Judge